UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
* * * * * * * * * * * * * * * * *

IN RE: Ward Benoit : Case No: 12-12634
:
Debtor(s) : Chapter 7

## FINAL REPORT AND AMENDED SCHEDULES PURSUANT TO BANKRUPTCY RULE 1019 AND STATEMENT OF INTENT

1. NOW INTO COURT, through undersigned counsel comes **Ward Benoit**, Debtor herein, who file the schedules required by Bankruptcy Rule 1019 which are summarized as follows:

   A. **SCHEDULE OF PROPERTY NOT LISTED IN THE FINAL REPORT AND ACCOUNT OF THE CHAPTER 13 TRUSTEE AND ACQUIRED AFTER THE FILING OF THE ORIGINAL PETITION BUT BEFORE ENTRY OF THE CONVERSION ORDER.**

   N/A

   B. **SCHEDULE OF EXECUTORY CONTRACTS ENTERED INTO OR ASSUMED AFTER THE FILING OF THE ORIGINAL PETITION BUT BEFORE ENTRY OF CONVERSION ORDER.**

   N/A

   C. **SCHEDULE OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF THE CHAPTER 13.**

   | Creditor Name, Address & Account Number | Amount Owed |
   |---|---|
   | Brentwood Hospital<br>1006 Highland Ave<br>Shreveport LA 71101 | $135.00 |
   | Women's and Children's Center for Mental Wellness<br>7591 Fern Avenue<br>Suite 1705<br>Shreveport LA 71105 | $2,238.00 |

LSU Health-Shreveport　　　　　　　　　　　　　　　$200.00
P.O. Box 2252
Dept. 2061
Birmingham AL 35246

LSUHSC　　　　　　　　　　　　　　　　　　　　Notice Only
PO Box 33932
Shreveport, LA 71130

D.  **STATEMENT OF INTENTIONS (Surrender, Reaffirm, Redeem, etc.)**

| **Creditor** | **Collateral** | **Intention** |
|---|---|---|
| Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick MD 21701 | Home-<br>1st Mortgage | |
| Home Federal Bank<br>POB 1728<br>Shreveport LA 71166 | Home-<br>2nd Mortgage | Home previously surrendered in Confirmed Chapter 13 Plan |
| Home Federal Bank<br>2555 Viking Drive<br>Bossier City, LA 71111 | Home-<br>2nd Mortgage | |

2.  Attached are the appropriate Amended Schedules required by the Order Converting the Case in Bankruptcy Rule 1019.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Ward Benoit**                                                          Case No.   **12-12634**
                                    Debtor(s)                                    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Home Federal Bank | **Describe Property Securing Debt:**<br>6020 Parliament Drive<br>Bossier City, LA 71111<br><br>To be surrendered |

Property will be (check one):
   ■ Surrendered         □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                    ■ Not claimed as exempt

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Hm Mortgag | **Describe Property Securing Debt:**<br>6020 Parliament Drive<br>Bossier City, LA 71111<br><br>**To be surrendered** |

Property will be (check one):
　■ Surrendered　　　　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐ Claimed as Exempt　　　　　　　　■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES　　　☐ NO |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com　　　　　　　　　　　Best Case Bankruptcy

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  June 12, 2013                    Signature  _____
                                                  Ward Benoit
                                                  Debtor

In re  Ward Benoit    Case No. 12-12634
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9293<br><br>Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | - | | Opened 10/08/99 Last Active 8/16/12<br>CreditCard | | | | 22,432.00 |
| Account No. 2350<br><br>Brentwood Hospital<br>1006 Highland Ave<br>Shreveport, LA 71101 | - | | | | | | 440.00 |
| Account No. x5437<br><br>Brentwood Hospital<br>1006 Highland Ave<br>Shreveport, LA 71101 | - | | Medical | | | | 135.00 |
| Account No. xxxxxxxxxxxx1888<br><br>Cap1/bstby<br>Po Box 5253<br>Carol Stream, IL 60197 | - | | Opened 1/01/03 Last Active 7/23/12<br>ChargeAccount | | | | 192.00 |

_3_ continuation sheets attached

Subtotal (Total of this page)  23,199.00

In re  Ward Benoit
_____,
Debtor

Case No. __12-12634__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx2350<br><br>Chase<br>P.o. Box 15298<br>Wilmington, DE 19850 | | - | Opened 10/01/06 Last Active 8/03/12<br>CreditCard | | | | 4,784.00 |
| Account No.<br><br>Citi/Shell<br>POB 6497<br>Sioux Falls, SD 57117 | | - | | | | | 1,435.00 |
| Account No. xxxxxxxxxxxx4122<br><br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | | - | Opened 7/01/02 Last Active 8/05/12<br>CreditCard | | | | 6,269.00 |
| Account No. xxxxxxxxxxxx7667<br><br>Exxmbiciti<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | | - | Opened 4/26/88 Last Active 8/05/12<br>CreditCard | | | | 1,859.00 |
| Account No. xxxxxxxxxxxx0651<br><br>Gecrb/belk<br>Po Box 981491<br>El Paso, TX 79998 | | - | Opened 10/01/07 Last Active 8/02/12<br>ChargeAccount | | | | 134.00 |

Sheet no. _1_ of _3_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   14,481.00

In re  Ward Benoit
        Debtor

Case No. __12-12634__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>GECRB/Dillards<br>POB 981400<br>El Paso, TX 79998-1400 | | - | | | | | 1,795.00 |
| Account No. xxxxxxxxxxxx8984<br><br>Lowes / MBGA / GEMB<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076 | | - | Opened 8/01/94 Last Active 8/03/12<br>ChargeAccount | | | | 5,729.00 |
| Account No. xx3007<br><br>LSU Health-Shreveport<br>P.O. Box 2252 Dept. 2061<br>Birmingham, AL 35246-2061 | | - | Medical Bills | | | | 200.00 |
| Account No.<br><br>LSU Health Sciences Ctr.<br>PO Box 33932<br>Shreveport, LA 71130 | | | Representing:<br>LSU Health-Shreveport | | | | Notice Only |
| Account No. xxxxxxxxxxxx4559<br><br>Sams Club / GEMB<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076 | | - | Opened 5/01/03 Last Active 10/19/11<br>ChargeAccount | | | | 1,295.00 |

Sheet no. _2_ of _3_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,019.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Ward Benoit**, Debtor     Case No. **12-12634**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0842<br><br>Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117 | - | | Opened 2/01/90 Last Active 8/09/12<br>CreditCard | | | | 2,110.00 |
| Account No. xxxxxx0774<br><br>Texaco / Citibank<br>Citicorp Credit Services/Attn:<br>Centraliz<br>Po Box 20507<br>Kansas City, MO 64195 | - | | Opened 3/01/91 Last Active 7/23/12<br>CreditCard | | | | 1,434.00 |
| Account No.<br><br>WFNNB Bankruptcy Dept/Ann Taylor<br>PO Box 182273<br>Columbus, OH 43218 | - | | | | | | 500.00 |
| Account No. BENBRO<br><br>Women's and Children's Center<br>for Mental Wellness<br>7591 Fern Avenue<br>Suite 1705<br>Shreveport, LA 71105 | - | | NOTICE ONLY | | | | Unknown |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **4,044.00**

Total (Report on Summary of Schedules): **50,743.00**

3. **DECLARATION UNDER PENALTY OF PERJURY BY DEBTOR(S)**

I declare under penalty of perjury that I have read the amended schedules pursuant to Bankruptcy Rule 1019. They are true and correct to the best of my knowledge, information and belief.

Dated: June 12, 2013

        SIMON, FITZGERALD, COOKE, REED, & WELCH

BY: /s/ L. Laban Levy
        L. Laban Levy, #28658
        4700 Line Ave, Suite 200
        Shreveport, LA 71101
        (318) 868-2600
        ATTORNEY FOR DEBTOR

*Ward Benoit, Debtor*  6/12/13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

* * * * * * * * * * * * * * * * *

IN RE: Ward Benoit : Case No: 12-12634
:
Debtor(s) : Chapter 7

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing "Final Report, Amended Schedules Pursuant to Bankruptcy Rule 1019 and Statement of Intent (if any)" has this day been served on:

Office of the U.S. Trustee
Federal Building
300 Fannin St.
Shreveport, LA 71101

Mr. Ward Benoit
2940 Le Oaks Dr.
Apt. 1808
Bossier City, LA 71111

**Mr. John W. Luster**
**P.O. Box 488**
**Natchitoches, LA 71458-0488**

Brentwood Hospital
1006 Highland Ave
Shreveport LA 71101

Women's and Children's Center
for Mental Wellness
7591 Fern Avenue
Suite 1705
Shreveport LA 71105

LSU Health-Shreveport
P.O. Box 2252
Dept. 2061
Birmingham AL 35246

LSUHSC
PO Box 33932
Shreveport, LA 71130

by placing same in the United States mail, postage pre-paid.

Shreveport, Louisiana, this 19th day of June, 2013

/s/Ashley N. Miller

---

Ashley N. Miller,
Legal Assistant to L. Laban Levy